MINNIE E. PATTERSON, as Administratrix, etc., of WILLIAM V. PATTERSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Sued as NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

Appeal from an order of the Supreme Court, entered in the Schenectady county clerk's office on January 16, 1926, granting a new trial.

PER CURIAM. It appearing from the undisputed evidence that the transaction was not one arising in interstate commerce the plaintiff cannot succeed. In view, however, of the fact that the defendant has not appealed the complaint cannot be dismissed by this court; therefore, the order granting a new trial is affirmed. Order unanimously affirmed, with costs.

---

In the Matter of the Claim of GERTRUDE AYERS, Respondent, v. DUNN PEN AND PENCIL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of L. ISABEL DODDS, Appellant, v. PENMAN-LITTLEHALES CHEMICAL COMPANY, LTD., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision dismissing claim as against the insurance carrier unanimously affirmed, and as to the employer the claim is remitted to the State Industrial Board. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. K. CLARK MORRIS, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THE ROY WOOLEN COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of CHARLES WILEY, Respondent, v. SAM PHEANBAGO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the opinion in *Matter of Finch* v. *Buffalo Envelope Co.* [218 App. Div. 31], decided herewith. All concur, except Cochrane, P. J., and Hinman, J., dissenting for reasons stated by them in the case last mentioned.

WATERVLIET HYDRAULIC COMPANY and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

ANTHONY N. WALTER, Appellant, v. FRANK W. LAIDLAW and Others, Respondents.— Judgment unanimously affirmed, with costs.

FRANK WOJEWODZIC, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of MORRIS RUBIN, Appellant, v. NATHAN YANNETT and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, without costs.